**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7095**

_____

CHAD S. FISHER,

            Petitioner – Appellant,

      v.

TERRY O'BRIEN,

            Respondent – Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District
Judge.  (7:08-cv-00569-GEC-MFU)

_____

Submitted:  October 15, 2009        Decided:  October 21, 2009

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Chad S. Fisher, Appellant Pro Se.  Thomas Linn Eckert, Assistant
United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chad S. Fisher, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fisher v. O'Brien, No. 7:08-cv-00569-GEC-MFU (W.D. Va. May 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED